UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REINFORCING IRON WORKERS LOCAL 846, AFL-CIO, By and Through DANIEL S. PARKER, in His Representative Capacity; LOCAL 846 REBAR WELFARE TRUST, by and through its BOARD OF TRUSTEES; LOCAL 846 PENSION TRUST, by and through its BOARD OF TRUSTEES; and LOCAL 846 VACATION TRUST, by and through its BOARD OF TRUSTEES, <br><br>Plaintiffs, <br><br>vs. <br><br>TEAM REBAR, INC., <br><br>Defendant. | Case No. 08 cv 4443 <br><br> Judge Donna Elaine E. Bucklo <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 21, 2008, at 930 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo in courtroom 1441 at the Dirksen Federal Building located at 219 S. Dearborn Street in Chicago, Illinois, and then and there present *Motion for Leave to Appear Pro Hac Vice*, a copy of which is attached to this notice and has been electronically filed.

By: /s/ Evan J. Haim
LOCAL COUNSEL FOR THE PLAINTIFFS

James R. Kimmey III
4399 Laclede Avenue
St. Louis, MO 63108
(314) 531-1054 Telephone
Atty. No. 112019
and
Patrick E. Deady
Evan J. Haim
Hogan Marren, Ltd.
180 N. Wacker Drive, Suite 600
Chicago, IL 60606
312-946-1800