U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Reinforcing Iron Workers Local 846, AFL-CIO, By and Through Daniel S. Parker, in His Representative Capacity, et al. v. Team Rebar, Inc. | FILED: AUGUST 6, 2008   LI<br>08CV4443<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Reinforcing Iron Workers Local 846, AFL-CIO, Daniel S. Parker, Local 846 Rebar Welfare Plan, et al.

| |
|---|
| NAME (Type or print)<br>James R. Kimmey III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James R. Kimmey III |
| FIRM<br>Bartley Goffstein, L.L.C. |
| STREET ADDRESS<br>4399 Laclede Ave. |
| CITY/STATE/ZIP<br>St. Louis, MO  63108 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(314) 531-1054 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |