# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REINFORCING IRON WORKERS LOCAL 846, AFL-CIO, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Cause No. 08-CV4443<br>) |
| TEAM REBAR, INC., | )<br>) |
| Defendant. | ) |

## MOTION FOR DAMAGES FOR DEFAULT JUDGMENT

COME NOW Plaintiffs, by and through undersigned Counsel, and respectfully move the Court for entry of the damages as stated in their Memorandum In Support, filed contemporaneously herewith.

Respectfully Submitted,

/s/ James R. Kimmey

James R. Kimmey, No. 112019
Bartley Goffstein, L.L.C.
4399 Laclede Ave.
St. Louis, MO 63108
(314) 531-1054 (tel.)
(314) 531-1131 (fax)
jkimmey@bgbllaw.com

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2008, a copy of the foregoing was mailed by United States Mail, postage prepaid, and via Certified Mail, to the following non-participants in Electronic Case Filing: Team Rebar, Inc. c/o Steven Korpacz, 8170 Windover Way, Titusville, FL 32780.

    /s/ James R. Kimmey
James R. Kimmey, No. 112019
Attorney For Plaintiffs
Bartley Goffstein, L.L.C.
4399 Laclede Ave.
St. Louis, MO 63108
(314) 531-1054